ORIGINAL

1 roslyngrayinf

2 LEONARDO M. RAPADAS
United States Attorney
3 RYAN M. ANDERSON
Special Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910
PHONE: (671) 472-7332
6 FAX: (671) 472-7334

7 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00015 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** |
| ROSLYN GRAY, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Beginning on or about December 10, 2006, and continuing up to on or about January 10, 2007, in the District of Guam, the defendant, ROSLYN GRAY, willfully and knowingly, did steal and purloin United States property, to wit: two (2) Coach Handbags, from the Navy Exchange, Guam, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 7th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney