# Criminal Case Cover Sheet      U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00015**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name: ROSLYN GRAY

Alias Name: _____

Address: _____

Birthdate _____ SS# _____ Sex _F_ Race _____ Nationality _____

## U.S. Attorney Information:

SAUSA: Ryan M. Anderson

**Interpreter:** _X_ No ___ Yes    List language and/or dialect: _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED FEB - 9 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## U.S.C. Citations

Total # of Counts: __1__    ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 2/9/07    Signature of AUSA: *Ry. M. Anders...*