ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSLYN GRAY,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00015<br><br>**UNITED STATES' REQUEST<br>FOR ISSUANCE OF SUMMONS** |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, ROSLYN GRAY, based on an Information filed charging the defendant with one count of theft of government property in violation of Title 18, United States Code, Section 641.

Respectfully submitted this 9th day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney