LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00015 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**re: United States' Request for**<br>**Issuance of Summons** |
| ROSLYN GRAY, | |
| Defendant. | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, February 20, 2007, at 11:30 a.m.

Dated: February 12, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**