RECEIVED

FEB 12 2007

US MARSHALS SERVICE-GUAM

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM

FEB 14 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

ROSLYN GRAY

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR-07-00015

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Room<br>413 |
|---|---|
| | Date and Time<br>Tuesday, February 20, 2007 at 11:30 a.m. |

To answer a(n)

☐ Indictment    X Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 641 _____

Brief description of offense:

Theft of Government Property

WALTER M. TENORIO
Name and Title of Issuing Officer

Signature of Issuing Officer

February 12, 2007
Date

ORIGINAL

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 2/13/07 |

## Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

US Probation Office, Hagatña, Gu

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ____2/13/07____
       Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.