DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **07-00015** |
| Plaintiff, ) | |
| vs. ) | **APPOINTMENT ORDER** |
| **ROSLYN GRAY**, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to February 13, 2007.

Dated this 20th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**