# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00015                                   DATE: March 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:09:16 - 9:22:22
CSO: B. Benavente

**APPEARANCES:**

Defendant: Roslyn Gray                          Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.               ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson                    U.S. Agent:
U.S. Probation: John San Nicolas                U.S. Marshal: V. Roman
Interpreter:                                    Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: June 28, 2007 at 10:30 A.M.
- Presentence Report due to the parties: May 24, 2007
- Response to Presentence Report: June 7, 2007
- Final Presentence Report due to the Court: June 21, 2007
- Defendant released on bail as previously ordered by this Court.

NOTES: