JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ROSLYN GRAY

**FILED**
DISTRICT COURT OF GUAM

JUN - 7 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00015 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE |
| vs. | ) REPORT |
| ROSLYN GRAY, | ) |
| Defendant. | ) |

Defendant, ROSLYN GRAY, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, June 6, 2007.

JOHN T. GORMAN
Attorney for Defendant
ROSLYN GRAY

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, ALEXANDER MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on June 6, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

GUILLIOT, STEPHEN
U.S. Probation Officer
520 W. Soledad Avenue
Hagatna, Guam 96910

DATED: Mongmong, Guam, June 6, 2007.

ALEXANDER MODABER
Investigator to

JOHN T. GORMAN
Attorney for Defendant
ROSLYN GRAY