IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

CASE NO.: CR07-00015  DATE: June 28, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:40:40 - 9:53:51
CSO: B. Pereda

**APPEARANCES:**

Defendant: Roslyn Gray  Attorney: John Gorman
    Present  Custody  Bond  P.R.       Present  Retained  FPD  CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: T. Muna
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of 2 years, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine in the amount of $250.00
- Defendant ordered to pay restitution in the amount of $85.00
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: After a period of one year defendant may move the Court for a reduction of the term of probation.