| PROB 35 | **Report and Order Terminating Probation** |
| (3/07) | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

    v.        CRIMINAL CASE NO.   07-00015-001

    ROSLYN MICHELLE GRAY

    On June 28, 2007, Roslyn Michelle Gray, was placed on probation for two years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Roslyn Michelle Gray be discharged from probation.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Chief U.S. Probation Officer



    /s/ JUDY ANNE L. OCAMPO
    U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      File

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.