**IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GRAY, Roslyn Michelle, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 07-00015-001 <br><br> **SPECIAL REPORT** |

**Re:    Request for Early Termination from Probation**

On June 28, 2007, Roslyn Michelle Gray was sentenced in the District Court of Guam to two years probation for Theft of Government Property, in violation of 18 U.S.C. §861. In January 2008, Ms. Gray, who is a military dependent, transferred to her husband's new duty station in San Diego, California. Her supervision was subsequently assumed by the Southern District of California Probation Office.

While on Guam, Ms. Gray was compliant with her probation terms. She paid her $25 special assessment fee and the $85 court-ordered restitution on June 28, 2007. On November 28, 2007, she paid the $250 fine. As ordered by the Court, she presented herself to the U.S. Naval Hospital Guam to participate in a mental health treatment program to address issues of theft on August 20, 2007. However, Dr. D.W. Schelzig advised that she would benefit from a tailored program for kleptomania, which does not exist on Guam.

On August 15, 2008, the U.S. Probation Office received a request for early termination from U.S. Probation Officer Scott L. Bawden of the Southern District of California. Officer Bawden advised that Ms. Gray has completed approximately 14 months of her two-year probation term. He further indicated that she has been compliant in completing the conditions ordered by the Court and has no outstanding conditions remaining. Officer Bawden related that Ms. Gray's residence is stable and she has been deemed as an appropriate candidate for early termination. Ms. Gray's term of probation is scheduled to expire on June 27, 2009.

SPECIFIC REPORT
Request for Early Termination from Supervised Release
Re: GRAY, Roslyn Michelle
Criminal Case No. 07-00015-001
Page 2

In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3563(c), as such action is warranted by Ms. Gray's full compliance with her conditions of probation, and is in the interest of justice.

RESPECTFULLY submitted this 11th day of September 2008.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: AUSA
Defense Counsel
File