PROB 35
(3/07)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.            CRIMINAL CASE NO.    07-00015-001

ROSLYN MICHELLE GRAY

On June 28, 2007, Roslyn Michelle Gray, was placed on probation for two years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Roslyn Michelle Gray be discharged from probation.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
Dated: Sep 12, 2008